UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEWAYNE PATTERSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:05-CV-1301-MLM ) |
| STEVEN MOORE, | ) ) |
| Respondent. | ) |

**ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED** that the instant 28 U.S.C. § 2254 petition for a writ of habeas corpus is **DISMISSED**, without prejudice, because it is time-barred under 28 U.S.C. § 2244(d)(1).

**IT IS FURTHER ORDERED** that petitioner is **DENIED** a certificate of appealability if he appeals this order of dismissal.

Dated this  19th  day of September, 2005.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE